IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.  No. 3:22-CR-23-DPM

JAYLON MONTRELL STEWART

### REPORT AND RECOMMENDATION

**I.  Procedures for Filing Objections**

This Report and Recommendation has been sent to Chief Judge D.P. Marshall Jr. Parties may file objections if they disagree with the findings or conclusions set out in this Report and Recommendation. To properly object to a finding or recommendation, a party must specifically identify the finding or conclusion believed to be erroneous and explain why the party believes it to be in error.

To be considered, objections must be filed within 14 days. Parties who fail to file objections within the time allowed risk waiving the right to later contest the findings and conclusions set out below.

**II.  Findings of Fact**

On February 10, 2023, Defendant Jaylon Montrell Stewart appeared with his lawyer Omar Greene to enter a plea of guilty to the offense of Possession of a Firearm by a Felon, a violation of Title 18 U.S.C. Section 922(g)(1), as charged in

the indictment.[1] Mr. Stewart consented to having a magistrate judge preside over the change-of-plea hearing with the concurrence of his lawyer.[2] Assistant United States Attorney Kristin Bryant, appearing on behalf of the government, also consented.

At the hearing, Mr. Stewart acknowledged having had meaningful conversations with his lawyer about his constitutional rights, the charge against him in the indictment, the sentencing guidelines, and the possible penalties at stake. Mr. Stewart affirmed his satisfaction with Mr. Greene's representation and work on this case.

There is no plea agreement in this case.

Before entering his guilty plea, Mr. Stewart acknowledged the possible criminal penalties that will result from pleading guilty, specifically: a prison sentence of not more than 10 years; a fine of not more than $250,000; a term of supervised release not to exceed 3 years; and a special penalty assessment of $100. Mr. Stewart acknowledged that the sentence to be imposed is solely Chief Judge Marshall's decision.

---

[1] Chief United States District Judge D.P. Marshall Jr., the presiding district judge in this case, referred this Defendant's change-of-plea hearing to me for a report and recommendation. *Doc. 24*.

[2] *Doc. 27*.

At the hearing, Mr. Stewart expressed his understanding that, by pleading guilty to the indictment, he is giving up many of his constitutional and other federally protected rights, including: the right to a trial by jury; the right to remain silent; the right to compel witnesses to testify on his behalf; and the right to cross-examine (through counsel) witnesses against him.

Mr. Stewart confirmed that he is pleading guilty to the crime of Possession of a Firearm by a Felon because he is actually guilty of that crime. Specifically, he admitted that, on October 28, 2021, in the Eastern District of Arkansas, he knowingly possessed a firearm that he knew he was prohibited from possessing due to his previous felony conviction. The parties agreed that the firearm Mr. Stewart possessed was transported across state lines and, therefore, affected interstate commerce.

Mr. Greene concurred in Mr. Stewart's decision to plead guilty to Possession of a Firearm by a Felon. Mr. Greene stated that, in his opinion, Mr. Stewart is fully competent to enter a guilty plea and that Mr. Stewart's decision to plead guilty is made voluntarily, with full knowledge of the consequences.

Considering Mr. Stewart's demeanor at the hearing, his responses to my questions, and his admissions in open court, I find that he is competent to enter a knowing and voluntary plea of guilty. I further find that Mr. Stewart's guilty plea

is supported by an independent basis in fact as to each essential element of the offense of Possession of a Firearm by a Felon, as charged in the indictment.

### III. Recommendations

Based on the record in this case and all attendant circumstances, I recommend that Chief Judge Marshall accept Jaylon Montrell Stewart's plea of guilty to the crime of Possession of a Firearm by a Felon in violation of Title 18 U.S.C. Section 922(g)(1) and adjudge Defendant Stewart guilty of that offense.

DATED this 13th of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE