IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                         No. 3:22-cr-23-DPM

JAYLON MONTRELL STEWART                                 DEFENDANT

ORDER

1. After conferring with counsel, Jaylon Montrell Stewart consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, Doc. 28. No objections were filed and the time to do so has passed.

2. Stewart, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 28 October 2021 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty. The Court accepts his guilty plea and convicts him of the offense.

3. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2023